Jerry W. CARLTON, Executor of the Will of Willametta K. Day, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 91–55590.

United States Court of Appeals, Ninth Circuit.

Aug. 8, 1994.

Before: ALARCON, NORRIS, and O'SCANNLAIN, Circuit Judges.

Consistent with the Supreme Court's decision in *United States v. Carlton*, —— U.S. ——, 114 S.Ct. 2018, 129 L.Ed.2d 22 (1994), we remand to the district court for entry of judgment in favor of the United States.

REMANDED.